IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEIL J. HAMBURG | : | CIVIL ACTION |
| | : | |
| v. | : | No.  16-5142 |
| | : | |
| SANTANDER BANK, N.A. | : | |

## ORDER

AND NOW, this 21st day of December, 2016, upon consideration of Defendant Santander Bank, N.A.'s Motion to Dismiss, which, after notice, this Court converted into a Motion for Summary Judgment, Plaintiff Neil J. Hamburg's response thereto, and the parties' supplemental briefing, and following an October 19, 2016, oral argument, it is ORDERED the Motion (Document 3) is GRANTED for the reasons set forth in the accompanying Memorandum.  Judgment is entered in favor of Defendant as to all claims.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.